IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP | § § § § | |
| Plaintiff, | § § | NO. 3-10-CV-1019-K |
| VS. | § § | |
| DINA M. MOORE AND ALL OTHER OCCUPANTS | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated June 10, 2010, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court. Defendant's Objections to the Report and Recommendation of the United States Magistrate Judge, filed on June 24, 2010, are OVERRULED.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

**Signed** this 29th day of June, 2010.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE